UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| KIMBERLY M. SHELTON, | : | CASE #16-14989/jkf |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**
**(Third Amended Chapter 13 Plan)**

KATHY BROCIOUS, of full age, certifies as follows:

1. I am employed with the Law Office of Robert Braverman, LLC.

2. On January 10, 2017, I electronically filed with the U.S. Bankruptcy Court for the Eastern District of Pennsylvania debtor's Third Amended Chapter 13 Plan.

3. On January 10, 2017, I forwarded to all parties on the attached Service List the attached transmittal letter together with a copy of said Third Amended Chapter 13 Plan via regular mail, postage paid thereon.

I certify that the foregoing statements made by me are true. I am aware that if any of said statements are willfully false, I am subject to punishment.

DATED:   January 10, 2017

/s/ Kathy Brocious
KATHY BROCIOUS

# Law Office Of
# Robert Braverman, LLC
## Attorney At Law

1060 N. Kings Highway, Suite 333
Cherry Hill, NJ 08034
Email: robert@bravermanlaw.com
Telephone (856) 348-0115   Facsimile (856) 414-1230

Robert N. Braverman *+#

* Also Member of PA Bar
+ BOARD CERTIFIED –
  American Board of Certification
  Consumer Bankruptcy Law
# BOARD CERTIFIED –
  American Board of Certification
  Business Bankruptcy Law

PHILADELPHIA OFFICE

15th Floor
1515 Market Street
Phila., PA 19102

Telephone (215) 928-9199

January 10, 2017

To All Parties on Attached Service List

RE:   **KIMBERLY M. SHELTON – Bkrtcy. Case #16-14989/jkf**

Dear Sir/Madam:

Enclosed please find Third Amended Chapter 13 Plan. Same increases the amount owed to PA Housing and the Water Revenue Bureau. It has been served upon you because **the Third Amended Chapter 13 Plan contains information that may affect your interest adversely**.

YOU SHOULD CONSULT WITH YOUR ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER OF CONFIRMATION WILL BIND YOU TO ALL OF THE TERMS OF THE CONFIRMED PLAN.

Very truly yours,

*/s/ Robert N. Braverman*

ROBERT N. BRAVERMAN

RNB/kb
Enclosure

| | | |
|---|---|---|
| Office of U.S. Trustee<br>833 Chestnut Street, Suite 500<br>Phila., PA 19107-4405 | William C. Miller, Chapter 13 Trustee<br>1234 Market Street, Suite 1813<br>Phila., PA 19107-3704 | BankFirst c/o<br>Williamson & Brown, LLC<br>4691 Clifton Parkway<br>Hamburg, NY 14075-3201 |
| AmeriCredit Financial Services, Inc. d/b/a<br>GM Financial<br>PO Box 183853<br>Arlington, TX 76096-3853 | GM Financial<br>PO Box 181149<br>Arlington, TX 76096-1149 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Phila., PA 19101-7346 |
| IRS c/o PA Attorney General<br>Ben Franklin Station<br>PO Box 227<br>Washington, DC 20044-0227 | IRS c/o U.S. Attorney's Office<br>615 Chestnut Street, 12th Floor<br>Phila., PA 19106-4404 | Navient<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 |
| Navient Solutions, Inc. on behalf of<br>Educational Credit Mgmt Corp<br>PO Box 16408<br>St. Paul, MN 55116-0408 | Pennsylvania Housing Finance Agency<br>Attn: Jada S. Greenhowe, Esquire<br>211 North Front Street<br>Harrisburg, PA 17101-1406 | Pennsylvania Housing Finance Agency<br>PO Box 15057<br>Harrisburg, PA 17105-5057 |
| Pennsylvania Housing Finance Agency c/o<br>KML Law Group, PC<br>5000 BNY Independence Ctr., Suite 5000<br>701 Market Street<br>Phila., PA 19106-1538 | Philadelphia Gas Works<br>Attn: Bankruptcy Dept. 3F<br>800 W. Montgomery Avenue<br>Phila., PA 19122-2898 | Spring Nextel<br>Attn: Bankruptcy Dept.<br>PO Box 7949<br>Overland Park, KS 66207-0949 |
| University of Phoenix<br>Apoloo Group, Inc.<br>4615 E. Elwood Street<br>Phoenix, AZ 85040-1908 | Internal Revenue Service<br>Attn: Sharyn Roberts, Bkrtcy. Specialist<br>600 Arch Street<br>Phila., PA 19106-1611 | |