___

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
___

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| KIMBERLY M. SHELTON, | : | CASE #16-14989/jkf |
| Debtor. | : | |

**SUPPLEMENTAL
CERTIFICATE OF SERVICE
(Third Amended Chapter 13 Plan)**

KATHY BROCIOUS, of full age, certifies as follows:

1. I am employed with the Law Office of Robert Braverman, LLC.

2. On January 10, 2017, I electronically filed with the U.S. Bankruptcy Court for the Eastern District of Pennsylvania debtor's Third Amended Chapter 13 Plan.

3. On January 10, 2017, a Certificate of Service was filed with a Service List attached indicating service of the Third Amended Chapter 13 Plan via regular mail, postage paid thereon.

4. Also, on January 10, 2017, the parties on the attached list were also served with the Third Amended Plan and transmittal letter, via regular mail, postage paid thereon.

I certify that the foregoing statements made by me are true. I am aware that if any of said statements are willfully false, I am subject to punishment.

                                                                         /s/ Kathy Brocious
DATED:    January 10, 2017         KATHY BROCIOUS

PHFA/HEMAP
Attn: Jada Greenhowe, Asst. Counsel
211 N. Front Street
PO Box 8029
Harrisburg, PA 17105

U.S. Bank Nat'l Assn (Trustee for
PHFA Loan Servicing Division
KML Law Group, PC
5000 BNY Independence Ctr., Suite 5000
701 Market Street
Phila., PA 19106-1538

City Of Phila., Law Dept, Tax Unit
Bankruptcy Group, MSB
Attn: Marissa O'Connell, Dep. City Sol.
1401 JFK Blvd., 5th Floor
Phila., PA 19102-1595

Kimberly Shelton
6240 Gillespie Street
Phila., PA 19135