_____

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
_____

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| KIMBERLY M. SHELTON, | : | CASE #16-14989/jkf |
| Debtor. | : | **PRAECIPE TO WITHDRAW FOURTH AMENDED PLAN** |

Kimberly M. Shelton debtor herein, by and through her attorneys, the LAW OFFICE OF ROBERT BRAVERMAN, LLC respectfully requests:

That the Court withdraw the Fourth Amended Chapter 13 Plan (Docket Entry #27) filed by Robert N. Braverman, Esquire on behalf of debtor on January 31, 2017.

                                                  LAW OFFICE OF ROBERT BRAVERMAN, LLC
                                                  Attorneys for Debtor,

                                                  By: /s/ Robert N. Braverman
DATED:      January 31, 2017                    ROBERT N. BRAVERMAN, ESQUIRE

Robert N. Braverman, Esquire ID #38312
LAW OFFICE OF ROBERT BRAVERMAN, LLC
1515 Market Street, 15th Floor
Philadelphia, PA  19102
(215) 928-9199
Attorneys for Debtor