# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kimberly M. Shelton<br>                   Debtor<br><br>U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>                   Movant<br>  vs.<br><br>Kimberly M. Shelton<br>                   Debtor<br><br>William C. Miller, Esq.<br>                   Trustee | CHAPTER 13<br><br>NO. 16-14989 JKF<br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of Plan of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), which was filed with the Court on or about **December 13, 2016**.

                                                     Respectfully submitted,

                                                     **/s/ Matteo S. Weiner, Esquire**
                                                     Matteo S. Weiner, Esquire
                                                     Brian C. Nicholas, Esquire
                                                     KML Law Group, P.C.
                                                     BNY Mellon Independence Center
                                                     701 Market Street, Suite 5000
                                                     Philadelphia, PA  19106
                                                     215-627-1322

March 22, 2017