UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| KIMBERLY M. SHELTON, | : | CASE #16-14989/jkf |
| Debtor. | : | |

## CERTIFICATE OF SERVICE
**(Fifth Amended Chapter 13 Plan)**

KATHY BROCIOUS, of full age, certifies as follows:

1. I am employed with the Law Office of Robert Braverman, LLC.

2. On May 25, 2017, I electronically filed with the U.S. Bankruptcy Court for the Eastern District of Pennsylvania debtor's Fifth Amended Chapter 13 Plan.

3. On July 31, 2017, I forwarded to all parties on the attached Service List, via the services indicated, the attached transmittal letter together with a copy of debtor's Fifth Amended Chapter 13 Plan.

I certify that the foregoing statements made by me are true. I am aware that if any of said statements are willfully false, I am subject to punishment.

DATED:    July 31, 2017

_/s/ Kathy Brocious_
KATHY BROCIOUS

## SERVICE LIST – Fifth Amended Chapter 13 Plan
## Re: Kimberly M. Shelton #16-14989/jkf

William C. Miller, Chapter 13 Trustee
PO Box 1229
Phila., PA 19105-1229
*Via Electronic Notice Only*

Office of U.S. Trustee
833 Chestnut Street, Suite 500
Phila., PA 19107-4405
*Via Electronic Notice Only*

City of Phila Law Revenue Bureau
Attn: Megan N. Harper, Deputy City Solicitor
1401 JFK Blvd., 5th Floor
Phila., PA 19102
*Certified & Regular Mail*

City of Phila - Water Revenue Bureau
Attn: Marissa O'Connell, Divisional Deputy City Solicitor
1401 JFK Blvd., Room 580
Phila., PA 19102
*Certified & Regular Mail*

AmeriCredit Financial Services, Inc. d/b/a
GM Financial
Attn: Mandy Youngblood
PO Box 183853
Arlington, TX 76096
*Certified & Regular Mail*

GM Financial, Corporate Headquarters
Attn: Daniel E. Berce, Pres/CEO
801 Cherry Street, Ste. 3500
Fort Worth, TX 76102
*Certified & Regular Mail*

PHFA/HEMAP
Attn: Jada Greenhowe, Asst. Counsel
211 N. Front Street
PO Box 8029
Harrisburg, PA 17105
*Certified & Regular Mail*

Internal Revenue Service
Attn: Sharyn Roberts, Bkrtcy. Specialist
600 Arch Street
Phila., PA 19106-1611
*Certified & Regular Mail*

Kimberly M. Shelton
6240 Gillespie Street
Phila., PA 19135
*Regular Mail*

# Law Office Of
# Robert Braverman, LLC
### Attorney At Law
1060 N. Kings Highway, Suite 333
Cherry Hill, NJ 08034
Email: robert@bravermanlaw.com
Telephone (856) 348-0115   Facsimile (856) 414-1230

Robert N. Braverman *+#

* Also Member of PA Bar
+ BOARD CERTIFIED –
  American Board of Certification
  Consumer Bankruptcy Law
# BOARD CERTIFIED –
  American Board of Certification
  Business Bankruptcy Law

PHILADELPHIA OFFICE

15th Floor
1515 Market Street
Phila., PA 19102

Telephone (215) 928-9199

July 31, 2017

To All Parties on Attached Service List

RE:   **KIMBERLY M. SHELTON – Bkrtcy. Case #16-14989/jkf**

Dear Sir/Madam:

Enclosed please find Fifth Amended Chapter 13 Plan. Said Amended Plan reflects an adjusted amount owed to the Internal Revenue Service. It has been served upon you because **it contains information that may affect your interest adversely**.

The Confirmation Hearing has been scheduled for   September 21, 2017 @ 9:30 am
**Objections** to any relief sought in the Fifth Amended Chapter 13 Plan **must be filed seven (7) days prior to the Confirmation Hearing**.

YOU SHOULD CONSULT WITH YOUR ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER OF CONFIRMATION WILL BIND YOU TO ALL OF THE TERMS OF THE CONFIRMED PLAN.

Very truly yours,

/s/ Robert N. Braverman

ROBERT N. BRAVERMAN

RNB/kb
Enclosure