## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| KIMBERLY M. SHELTON, | : | CASE #16-14989/ELF |
| Debtor. | : | **NOTICE OF APPLICATION FOR COMPENSATION AND** |
| | : | **REIMBURSEMENT OF EXPENSES** |

TO:    All Creditors & Parties in Interest (See Service List)

Notice is hereby given that:

    1.    Robert N. Braverman, Esquire, attorney for debtor, has filed an Application for Compensation And Reimbursement of Expenses for services rendered on behalf of the debtor in the within proceedings for the period January 25, 2016 through October 24, 2017, in the amount of $3,500.00 in compensation ($1,500.00 previously received, $2,000.00 through Plan) and $281.00 for costs ($310.00 previously received).

    2.    The debtor paid to the Applicant the sum of $1,500.00 as a retainer prior to the filing of the Voluntary Petition.

    3.    Any creditor or party in interest who objects to the allowance of the compensation requested should file written objections with the Clerk of the Bankruptcy Court, 31326 United States Courthouse, 900 Market Street, Suite #400, Philadelphia, PA 19107 and serve a copy upon the applicant, whose name and address appears below, on or before twenty (20) days from the date of this Notice. Thereupon, the Court shall schedule a hearing on any such objection.

    4.    In the absence of the filing of objections, the Court may, upon consideration of the record, grant Applicant's request for compensation and costs.

                                                LAW OFFICE OF ROBERT BRAVERMAN, LLC
                                                Attorneys for Debtor,

                                                By:  /s/ Robert N. Braverman
DATED:    October 24, 2017                           ROBERT N. BRAVERMAN, ESQUIRE

Robert N. Braverman, Esquire (I.D. 38312)
LAW OFFICE OF ROBERT BRAVERMAN, LLC
1515 Market Street, 15th Floor
Phila., PA 19102
(215) 928-9199
Attorneys for Debtor

| | | |
|---|---|---|
| City of Phila Law Revenue Bureau<br>Megan N. Harper, Deputy City Solicitor<br>1401 JFK Blvd., 5th Floor<br>Phila., PA 19102 | City of Phila - Water Revenue Bureau<br>Marissa O'Connell, Div. Dep. City Solicitor<br>1401 JFK Blvd., Room 580<br>Phila., PA 19102 | AmeriCredit Financial Services, Inc. d/b/a<br>GM Financial<br>Attn: Mandy Youngblood<br>PO Box 183853<br>Arlington, TX 76096 |
| GM Financial, Corporate Headquarters<br>Attn: Daniel E. Berce, Pres/CEO<br>801 Cherry Street, Ste. 3500<br>Fort Worth, TX 76102 | PHFA/HEMAP<br>Attn: Jada Greenhowe, Asst. Counsel<br>211 N. Front Street<br>PO Box 8029<br>Harrisburg, PA 17105 | Internal Revenue Service<br>Attn: Sharyn Roberts, Bkrtcy. Specialist<br>600 Arch Street<br>Phila., PA 19106-1611 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Phila., PA 19101-7346 | University of Phoenix<br>Apoloo Group Inc.<br>4615 E. Elwood Street<br>Phoenix AZ 85040-1908 | BankFirst c/o<br>Williamson & Brown, LLC<br>4691 Clifton Parkway<br>Hamburg, NY 14075 |
| U.S. Bank Nat'l Assn c/o<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1532 | Navient Solutions, Inc. on behalf of<br>Educational Credit Mgmt Corp<br>PO Box 16408<br>St. Paul, MN 55116-0408 | Philadelphia Gas Works<br>Attn: Bankruptcy Dept 3F<br>800 W. Montgomery Avenue<br>Phila., PA 19122 |
| Sprint<br>Attn: Bankruptcy Dept.<br>PO Box 7949<br>Overland Park, KS 66207-0949 | PHFA/HEMAP<br>211 North Front Street<br>PO Box 8029<br>Harrisburg, PA 17105 | U.S. Bank Nat'l Assn<br>Trustee for PE PHFA Loan Svcing<br>211 North Front Street<br>Harrisburg, PA 17101 |
| City of Phila Law Revenue Bureau<br>Attn: Pamela Thurmond<br>1401 JFK Blvd., 5th Floor<br>Phila., PA 19102 | William C. Miller, Chapter 13 Trustee<br>PO Box 1229<br>Phila., PA 19105-1229 | Office of U.S. Trustee<br>833 Chestnut Street, Suite 500<br>Phila., PA 19107-4405 |
| GM Financial<br>P.O. Box 181149<br>Arlington TX 76096-1145 | Pennsylvania Housing Finance Agency c/o<br>KML Law Group, P.C.<br>Suite 5000-BNY Independence Center<br>701 Market Street<br>Philadelphia PA 19106-0000 | |