# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:                :        CHAPTER 13

KIMBERLY M. SHELTON,             :        CASE #16-14989/ELF

   Debtor.                       :        **CERTIFICATE OF SERVICE**

KATHY BROCIOUS, of full age, certifies as follows:

1. I am employed with the Law Office of Robert Braverman, LLC, attorneys for the above-captioned debtor.

2. On October 24, 2017, I electronically filed with the U.S. Bankruptcy Court an Application for Compensation and Reimbursement of Expenses together with proposed form of Order and Notice thereof.

3. On or about October 24, 2017, I forwarded to all parties in interest (See Service List) a copy of the Notice of Application for Compensation and Reimbursement of Expenses filed in the above matter, via regular mail, postage paid thereon.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

DATED:    October 24, 2017        /s/ Kathy Brocious
                                  KATHY BROCIOUS

Robert N. Braverman, Esquire  (I.D. #38312)
LAW OFFICE OF ROBERT BRAVERMAN, LLC
1515 Market Street, 15th Floor
Phila., PA  19102
(215) 928-9199
Attorneys for Debtor

City of Phila Law Revenue Bureau
Megan N. Harper, Deputy City Solicitor
1401 JFK Blvd., 5th Floor
Phila., PA 19102

City of Phila - Water Revenue Bureau
Marissa O'Connell, Div. Dep. City Solicitor
1401 JFK Blvd., Room 580
Phila., PA 19102

AmeriCredit Financial Services, Inc. d/b/a
GM Financial
Attn: Mandy Youngblood
PO Box 183853
Arlington, TX 76096

GM Financial, Corporate Headquarters
Attn: Daniel E. Berce, Pres/CEO
801 Cherry Street, Ste. 3500
Fort Worth, TX 76102

PHFA/HEMAP
Attn: Jada Greenhowe, Asst. Counsel
211 N. Front Street
PO Box 8029
Harrisburg, PA 17105

Internal Revenue Service
Attn: Sharyn Roberts, Bkrtcy. Specialist
600 Arch Street
Phila., PA 19106-1611

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Phila., PA 19101-7346

University of Phoenix
Apoloo Group Inc.
4615 E. Elwood Street
Phoenix AZ 85040-1908

BankFirst c/o
Williamson & Brown, LLC
4691 Clifton Parkway
Hamburg, NY 14075

U.S. Bank Nat'l Assn c/o
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Navient Solutions, Inc. on behalf of
Educational Credit Mgmt Corp
PO Box 16408
St. Paul, MN 55116-0408

Philadelphia Gas Works
Attn: Bankruptcy Dept 3F
800 W. Montgomery Avenue
Phila., PA 19122

Sprint
Attn: Bankruptcy Dept.
PO Box 7949
Overland Park, KS 66207-0949

PHFA/HEMAP
211 North Front Street
PO Box 8029
Harrisburg, PA 17105

U.S. Bank Nat'l Assn
Trustee for PE PHFA Loan Svcing
211 North Front Street
Harrisburg, PA 17101

City of Phila Law Revenue Bureau
Attn: Pamela Thurmond
1401 JFK Blvd., 5th Floor
Phila., PA 19102

William C. Miller, Chapter 13 Trustee
PO Box 1229
Phila., PA 19105-1229

Office of U.S. Trustee
833 Chestnut Street, Suite 500
Phila., PA 19107-4405

GM Financial
P.O. Box 181149
Arlington TX 76096-1145

Pennsylvania Housing Finance Agency c/o
KML Law Group, P.C.
Suite 5000-BNY Independence Center
701 Market Street
Philadelphia PA 19106-0000