# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-14989-ELF

KIMBERLY M. SHELTON

6240 GILLESPIE STREET

PHILADELPHIA, PA 19135

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

KIMBERLY M. SHELTON

6240 GILLESPIE STREET

PHILADELPHIA, PA 19135

Counsel for debtor(s), by electronic notice only.

ROBERT NEIL BRAVERMAN
15TH FLOOR
1515 MARKET ST
PHILADELPHIA, PA 19103

Date: 10/21/2021

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee